1  DAVID A. BOONE - State Bar No. 74165
   LEELA V. MENON - State Bar No. 195435
2  LAW OFFICES OF DAVID A. BOONE
   1611 The Alameda
3  San Jose, CA 95126
   Telephone (408) 291-6000
4  Facsimile: (408) 291-6016

The following constitutes
the order of the court. Signed October 31, 2012

5  ATTORNEYS FOR DEBTORS
   Patricia Morgensen

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 11-55931 SLJ |
| **PATRICIA MORGENSEN** | Chapter 13 |
| Debtor. | Date: October 23, 2012<br>Time: 10:30a.m.<br>Court Room: 3099<br>Hon. Stephen L. Johnson |

ORDER GRANTING MOTION FOR RELIEF FROM STAY
~~ORDER CONTINUING AUTOMATIC STAY AS TO ALL CREDITORS~~

This matter came on for hearing on the date and time set, upon Motion of Central Mortgage Company, d/b/a Central Mortgage Loan Servicing and its successors and/or assignees, and its successors and assignees with respect to property located at 375 Woodland Dr Scotts Valley, CA 95066.

Appearances were noted on the record.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The automatic stay provisions are hereby terminated as to Debtor and Co-Debtor, however a foreclosure sale may not be held until on or after JANUARY 28, 2012;

3. The self-filed Opposition to the Motion by the Debtors is noted as withdrawn;

4. Debtor shall dismiss the Adversary Proceeding filed by David and Patricia Morgensen

against Movant, Central Mortgage Company, d/b/a Central Mortgage Loan Servicing and its successors and/or assignees, and its successors and assignees, Adversary Case No. 12-05200. No Answer is required to be filed by Movant in the adversary proceeding; and

5. In the event that no document is filed by Plaintiffs to dismiss the adversary proceeding, the Court may issue its own dismissal Order in accordance with the resolution of this Motion or will dismiss same at the Status Conference scheduled for 1/31/2013 at 2:00p.m. in the Adversary Case.

**END OF ORDER**

Approved as to Form and Content:

 /s/Erica Loftis
Erica Loftis, Esq.
Malcolm Cisneros
Attorneys for Central Mortgage

COURT SERVICE LIST

E-recipients only