DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PATRICIA JANE MORGENSEN

                    Debtor

) Chapter 13
)
) Case No. 11-55931 SLJ
)
) **CHAPTER 13 TRUSTEE'S**
) **STATEMENT OF NON-OPPOSITION**
) **TO MOTION/REQUEST FOR**
) **APPROVAL OF SHORT SALE**
)
) **(with Certificate of Service)**
)

DEVIN DERHAM-BURK, Chapter 13 Standing Trustee ("Trustee") submits the following statement of non-opposition:

1. The Trustee is in receipt of the debtor's motion/request for approval of a short sale regarding real property ("motion").

2. The Trustee has not reviewed the details of the transaction and takes no position regarding its merits and will not oppose the motion on condition that the Order include the following language:

    "The Title Company shall provide the Trustee with a copy of the final closing statement regarding this transaction within fifteen (15) days of the close of escrow."

3. The Trustee does not intend to appear at any hearing on the motion or to submit any demand into the escrow for this transaction.

4. If the Trustee is a disbursing agent on any claims affected by this transaction, she will continue to disburse on those claims according to the terms of the debtor's plan until: 1) she is served with an order directing her to cease disbursing, or 2) the claim is withdrawn.


Dated: February 20, 2013                                    /s/ Devin Derham-Burk
                                                            Devin Derham-Burk
                                                            Chapter 13 Standing Trustee

Case: 11-55931    Doc# 52    Filed: 02/20/13    Entered: 02/20/13 15:51:51    Page 2 of 3

11-55931 PSLJ - Statement of Non-Opposition with COS

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032.  I served the within Statement of Non-Opposition to Short Sale, by placing same in an envelope in the U.S. Mail at Los Gatos, California on February 20, 2013.  Said envelopes were addressed as follows:


PATRICIA JANE MORGENSEN
375 WOODLAND DR
SCOTTS VALLEY, CA  95066


LAW OFFICES OF DAVID A BOONE
1611 THE ALAMEDA
SAN JOSE, CA  95126


FIDELITY NATIONAL TITLE CO
1707 S BASCOM AVE
CAMPBELL, CA 95008


In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.


/s/  Barbara Cavaliere

Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee